NO. 07-02-0375-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 13, 2003

_____

TARA SHAREE JOHNSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 40,305-D; HONORABLE DON EMERSON, JUDGE

_____

Before JOHNSON, C.J., REAVIS, J., and BOYD, S.J.[1]

MEMORANDUM OPINION

Appellant Tara Sharee Johnson filed a Motion to Dismiss Appeal on January 6, 2003, averring that she no longer wishes to prosecute her appeal. The Motion to Dismiss is signed by both appellant and her attorney.

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Chief Justice


Do not publish.